IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>GEORGE C. VanGUILDER,<br><br>    Debtor. | Chapter 7<br>Case No. 05-1172-SSC<br><br>ORDER INCORPORATING MEMORANDUM DECISION DATED JUNE 2, 2005<br><br>(OPINION TO POST) |

Based upon this Court's Memorandum Decision Dated June 2, 2005, which is incorporated herein by reference;

IT IS ORDERED that the Trustee's Objection to Claimed Exemption is sustained, and the Motion for Turnover of Property of the Estate shall be resolved at a further hearing before this Court.

Since the Debtor is in the process of converting his case to one under Chapter 13, the parties should meet and confer as to whether the non-exempt asset shall be repaid by the Debtor to this estate through a Chapter 13 Plan or other action should be taken regarding the turnover issue. The Court will set this hearing by separate notice.

DATED this 2nd day of June, 2005.

*[signature]*

Honorable Sarah Sharer Curley
Chief U. S. Bankruptcy Judge

BNC TO NOTICE